Exhibit A to the Complaint

**Location:** Norwood, MA  **IP Address:** 96.237.167.246
**Total Works Infringed:** 27  **ISP:** Verizon Fios

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 1242E24DBC1E37974A0B3E6485BC733C9140CD13<br>File Hash:<br>A13EBAC50450B36C1ADAFA96D3AE0D691DF5D2CDE60084E3423CF082785EE0F7 | 10-07-2023 01:47:14 | Vixen | 10-06-2023 | 10-18-2023 | PA0002435605 |
| 2 | Info Hash: 072807DA920211B53F1447A50D0EB6AAD7D1C8AD<br>File Hash:<br>624A03A31242CEFE5432AFA0C67224E5031F31690B47482C815DEF8BDC9D078C | 10-02-2023 19:33:31 | Tushy | 10-01-2023 | 10-18-2023 | PA0002435349 |
| 3 | Info Hash: 3A93FFFEF454628AEA563A6A75FA402D23FA5425<br>File Hash:<br>B95DDB3EB22D33782FA12615885072FD84BBD0C57C9A8A92963AF57E1A3082EB | 09-30-2023 00:41:21 | Vixen | 09-29-2023 | 10-18-2023 | PA0002435610 |
| 4 | Info Hash: 7AE09EDC105B7B9311D1044FC528E08108EB7AAE<br>File Hash:<br>123CCF5B34FB8EF6B4594B898DCF37A9CE8B3D83E67209A8DDC6745A7997CDE3 | 09-21-2023 04:50:01 | TushyRaw | 09-20-2023 | 10-18-2023 | PA0002435608 |
| 5 | Info Hash: FFD07679E746E565C00A324B433A1E8342F03D6C<br>File Hash:<br>6B33A6BAA11A2A43D7FF70FA1A0FE76A8B768F3A00BCE22556883D67557D5F00 | 09-17-2023 11:41:46 | Blacked | 09-16-2023 | 10-18-2023 | PA0002435289 |
| 6 | Info Hash: 86E4580B8B2257ECFDCF61A71328CB998356CBBE<br>File Hash:<br>328EBE1ACD89390F4A058DDBB79FB8DF9A8F0B565090ADC2C43F82356C25B2E6 | 09-17-2023 11:11:51 | Vixen | 09-15-2023 | 10-18-2023 | PA0002435602 |
| 7 | Info Hash: 18EAB25713ACE68AFC0ADF44AA5E58F862410A61<br>File Hash:<br>CE56AA90EC7888916D0005E373894A806700172B8458296CB2411EB001AE40E3 | 09-12-2023 22:34:05 | Tushy | 09-10-2023 | 09-17-2023 | PA0002430910 |
| 8 | Info Hash: 6E071C25797AD5B273B2CA76AF3AC240ACD36AEA<br>File Hash:<br>444440D3767CC2615D3841B948C1548CB78CCC0B93F31451C4FD68C87C9B1B1C | 09-06-2023 19:21:00 | TushyRaw | 09-06-2023 | 09-18-2023 | PA0002430907 |
| 9 | Info Hash: B263A6BF860A42C4ED1561AF94B647A2603FA926<br>File Hash:<br>4FF4002100A2AE94543DA11F5301A7C671673A60984F6D82B051F51D8B5390D6 | 09-03-2023 22:42:11 | Tushy | 09-03-2023 | 09-17-2023 | PA0002430895 |
| 10 | Info Hash: A35EA55D1D295E1A479688FBB16A75B915DC9659<br>File Hash:<br>E8AC36D8F4402CB36A4EA90D94641450BE2C380EBBFB66367EDFD7B63FED1F27 | 09-03-2023 11:05:57 | Vixen | 09-09-2022 | 10-05-2022 | PA0002373766 |
| 11 | Info Hash: EED81AF9791D47A8F3F325FC8DC3A44C3DADE2C9<br>File Hash:<br>5373D979BCDD09BE03E8009CB33455EE9073493568E7CBA80A965C67B5B34EE2 | 09-02-2023 03:34:18 | Blacked Raw | 10-12-2020 | 10-22-2020 | PA0002261809 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: C8C2A59862731B24E55AC8781302C7AF732C7616<br>File Hash: 0B66CF46AA2C3667F6245EBA8112A91375799826B7BF86ECE5D4D19525952EE2 | 09-01-2023 21:11:03 | Tushy | 08-27-2023 | 09-18-2023 | PA0002430911 |
| 13 | Info Hash: E8D3E1B8FEA4440786CBD8D611D39E226C125808<br>File Hash: E0A235F0C72A0CF5E99D7ADC7532F0554116BC64057AA05C4B98C31E5FB76F30 | 09-01-2023 19:51:40 | Tushy | 02-26-2023 | 03-06-2023 | PA0002399996 |
| 14 | Info Hash: 3F7215526C02A4262400568C1871BA3B4AFA4EE2<br>File Hash: BD51093F71ABD266C79DD2A908565CAEFE0AA7CDB9067EAA484A55A67DDEDD75 | 08-29-2023 01:42:51 | Blacked Raw | 08-28-2023 | 09-17-2023 | PA0002430912 |
| 15 | Info Hash: B8F31F0006C455255B772906355D71AABB2CF8B9<br>File Hash: D3AE03ACFA7E3779B793BEE587D3EEA6965E93CEBC849E2302C9750DF747230D | 08-27-2023 17:40:43 | Vixen | 08-25-2023 | 09-18-2023 | PA0002431081 |
| 16 | Info Hash: D9822BD2F2156B1AA5677518A03415D73D1C1AAB<br>File Hash: 9A03BA1139E118241BF8E2458080721B8CE1F225152D4CC716635067A89A6FF6 | 08-22-2023 20:35:44 | Blacked Raw | 06-07-2021 | 06-15-2021 | PA0002296926 |
| 17 | Info Hash: D82754DD91BBD46F30405123F047CE06BACF1373<br>File Hash: 9485F61426A9559BF55980FF3856BC1B9C0F9A0760B3EFAE4089080612EFAB99 | 08-21-2023 23:41:37 | Blacked Raw | 08-21-2023 | 09-17-2023 | PA0002430900 |
| 18 | Info Hash: C227895A35ADAF08CE8A8ABD9EC70F2F048E0BA0<br>File Hash: F69F1459C7FD305378766E843698621C0DACF5D55787DF9EEF9CDACB131647E4 | 08-19-2023 16:58:53 | Blacked Raw | 09-06-2021 | 09-21-2021 | PA0002312674 |
| 19 | Info Hash: 1A6D0B1E6254D588A013075E0598ED5D10170A9A<br>File Hash: 13038DE2B208CAB32F98C4BC918BF1E78F3936EB7A564740F3ED6AD69FB4C25B | 08-17-2023 20:12:23 | Vixen | 08-11-2023 | 10-18-2023 | PA0002435601 |
| 20 | Info Hash: 8AD018B2B1169FFB745FB48D40990BD09A2D7EB6<br>File Hash: 4958B1E57F4FBA2FA096FD6AAAEE8B45B53652901CEF02260AB62813AC4C7906 | 08-15-2023 01:18:28 | Blacked Raw | 02-11-2018 | 03-02-2018 | PA0002104740 |
| 21 | Info Hash: 1203008B4D921A7EA29645F4C0A86AB42448B25A<br>File Hash: 20684FFA37B8B563623CE808629D6DD246B6480568E04AC11AE059E884F51EDA | 08-08-2023 12:32:48 | Blacked Raw | 09-14-2020 | 09-29-2020 | PA0002258688 |
| 22 | Info Hash: 6C4A44AA395423B419D7F392377237E5E7FEBAA3<br>File Hash: 865EACCA73C7FAAED10BEB2203368EC869B2F5651FE90B8FCAFD5DEA1D198593 | 08-08-2023 08:10:22 | Blacked Raw | 04-09-2023 | 05-14-2023 | PA0002411278 |
| 23 | Info Hash: FFBCF58EF0CD8C81446C244EBEA22CC3F2BCD9D8<br>File Hash: 6C237DBE0A407654CB5E6BD74C8EE125F7C57FC7185B28244457431623F4C083 | 07-26-2023 06:06:47 | Tushy | 08-30-2020 | 09-05-2020 | PA0002255477 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: 6CFFA2E260C2C03A93DA72F284E082483EDD18AE<br>File Hash:<br>4F4F84A0A0EBC86F2CE9ABA06DD69A49B3BB5A5DFB36EB87907801E3F4529ADB | 07-23-2023 22:21:46 | Vixen | 07-21-2023 | 08-17-2023 | PA0002425767 |
| 25 | Info Hash: 6BB237018BC7F36B47B64E3ACA4F13D74F9806E3<br>File Hash:<br>028A3CDE130F26E2949EC18B749CFFC2487207A35F67FE14ED5F5B41F78C9D5B | 07-04-2023 14:01:04 | Blacked | 02-19-2020 | 03-18-2020 | PA0002241617 |
| 26 | Info Hash: D408C4464E5B616FFFF12873113DBB38DD66EF72<br>File Hash:<br>6D763C38CAC4D5061A59FF0786626854DA74625CCC0EE656DF416E4BEA137FD6 | 06-25-2023 15:24:11 | Vixen | 08-12-2018 | 09-01-2018 | PA0002119680 |
| 27 | Info Hash: F2B9770FBDA4FF7BDA7C14BE13A334E12576E93B<br>File Hash:<br>050106723695568FC79E465095F2162E56CA8B1212794C90B589AA8A3D80BD48 | 05-02-2023 10:21:23 | Vixen | 08-17-2019 | 09-10-2019 | PA0002199413 |